ANNE E. PIERONI, ESQ.
Nevada Bar No. 9650
apieroni@righthaven.com
*Counsel at Righthaven LLC*
IKENNA K. ODUNZE, ESQ.
Nevada Bar No. 9885
iodunze@righthaven.com
*Counsel at Righthaven LLC*
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel.: (702) 527-5900
Fax: (702) 527-5909

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.: 2:10-cv-01483-KJD-RJJ |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** |
| v. | |
| AMERICANS FOR LEGAL IMMIGRATION POLITICAL ACTION COMMITTEE; and WILLIAM GHEEN, an individual, | |
| Defendants. | |

Plaintiff, RIGHTHAVEN LLC ("Righthaven") filed a Complaint (Docket No.: 1) on

August 31, 2010, for copyright infringement against Defendants AMERICANS FOR LEGAL

IMMIGRATION POLITICAL ACTION COMMITTEE and WILLIAM GHEEN (collectively

hereinafter "Defendants").

/ / /

1

1     Righthaven and Defendants have agreed to settle the matter by a written agreement.  No

2 responsive pleadings having been filed by Defendants, and no trial date having been set by this

3 Court, the above entitled action is hereby voluntarily dismissed with prejudice, pursuant to Fed.

4 R. Civ. Proc. 41(a)(1)(A)(i).

5

6     Dated this 2nd day of February, 2011.

7

8                      RIGHTHAVEN LLC

9

10                      By:  /s/ Anne E. Pieroni, Esq.
                     ANNE E. PIERONI, ESQ.

11                      Nevada Bar No. 9650
                     apieroni@righthaven.com

12                      *Counsel at Righthaven LLC*
                     IKENNA K. ODUNZE, ESQ.

13                      Nevada Bar No. 9885
                     iodunze@righthaven.com

14                      *Counsel at Righthaven LLC*
                     9960 West Cheyenne Avenue, Suite 210

15                      Las Vegas, Nevada 89129-7701
                     Tel.: (702) 527-5900

16                      Fax: (702) 527-5909
                     *Attorneys for Plaintiff*

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this 2nd day of February, 2011, I caused **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE WITH CERTIFICATE OF SERVICE** to be to be served by the Court's CM/ECF system.

By: /s/ Anne Pieroni
An Employee of Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Tel: (702) 527-5900

3